Isabelle V. Schneider et al., Respondents, *v.* Associated Prudential Theatres, Inc., Appellant.

Argued March 9, 1951; decided April 12, 1951.

*Walter L. Glenney* for appellant.

*Benedict S. Rosenfeld, Albert Gondelman* and *Bernard Meyerson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.